**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

|  |  |
|---|---|
| **NEURAL AI, LLC,**<br><br>    **Petitioner,**<br><br>    **v.**<br><br>**AMAZON.COM, INC.,**<br><br>    **Respondent.** | **Case No. 7:26-mc-00241**<br><br>**[Underlying Case: USDC Western District of Texas No. 7:24-cv-00221-ADA-DTG]** |

**NOTICE OF PETITIONER'S MOTION TO COMPEL COMPLIANCE**
**WITH SUBPOENA SERVED ON THIRD-PARTY AMAZON.COM, INC.**

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, petitioner Neural AI, LLC ("NAI"), plaintiff to the underlying action *Neural AI, LLC v. NVIDIA Corporation*, Case No. 7:24-cv-00221-ADA-DTG (W.D. Tex.), respectfully moves this Court for an order compelling non-party Amazon.com, Inc. ("Amazon") to produce documents responsive to NAI's subpoena.

The grounds for this motion are explained in detail in the accompanying memorandum of law and Declaration of Emily Portuguese.

Dated: June 24, 2026

Respectfully submitted,

 /s/ *Mark Siegmund*
Mark D. Siegmund
Texas State Bar No. 24117055
CHERRY JOHNSON SIEGMUND
JAMES PC
Bridgeview Center
7901 Fish Pond Road, 2nd Floor
Waco, Texas 76710
msiegmund@cjsjlaw.com

Max L. Tribble
Texas State Bar 20213950
Brian D. Melton
Texas State Bar 24010620
Rocco Magni
Texas State Bar 24092745
Samuel Drezdzon
Texas State Bar 24117374
SUSMAN GODFREY L.L.P.
1000 Louisiana
Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com
bmelton@susmangodfrey.com
rmagni@susmangodfrey.com
sdrezdzon@susmangodfrey.com

Tamar Lusztig
NY State Bar 5125174
Emily Portuguese
NY State Bar 5920327
One Manhattan West, 50th Floor
New York, NY 10001
tlusztig@susmangodfrey.com
eportuguese@susmangodfrey.com

Tanner Laiche
WA State Bar 60450
401 Union Street, Suite 3000

1

Seattle, WA 98101
tlaiche@susmangodfrey.com

Max Ciccarelli
Texas State Bar No. 00787242
CICCARELLI LAW FIRM LLC
100 N. 6th Street, Suite 502
Waco, Texas 76701
Max@CiccarelliLawFirm.com

*Attorneys for Petitioner Neural AI, LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned does hereby certify that a true and correct copy of the foregoing document was served on all parties via electronic mail on this 24th day of June 2026.

*/s/ Mark D. Siegmund*
Mark D. Siegmund

2