**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **NEURAL AI, LLC,** | **Case No. 7:26-mc-00241** |
| **Petitioner,** | |
| v. | **[Underlying Case: USDC Western District of Texas No. 7:24-cv-00221-ADA-DTG]** |
| **AMAZON.COM, INC.,** | |
| **Respondent.** | |

### DECLARATION OF EMILY PORTUGUESE IN SUPPORT OF NEURAL AI'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA SERVED ON THIRD-PARTY AMAZON.COM, INC.

I, Emily Portuguese, declare as follows:

1.      I am an attorney licensed to practice law in the state of New York. I am an attorney with the law firm Susman Godfrey LLP and counsel for Petitioner Neural AI, LLC ("Neural AI"). I am located in the New York office of Susman Godfrey LLP. I submit this Declaration in support of Neural AI's Motion to Compel Compliance with Subpoena Served on Third-Party Amazon.com, Inc. ("Amazon").

2.      Attached as Exhibit A is a true and correct copy of the subpoena NAI served on Amazon on October 15, 2025.

3.      Attached as Exhibit B is a true and correct copy of Amazon's listing with the Austin Chamber of Commerce, showing its address as 11501 Alterra Parkway, Suite 200, Austin, TX 78758, available at https://www.austinchamber.com/directory/amazon-inc.

4.      Attached as Exhibit C is a true and correct copy of Amazon's job postings for its Austin, Texas office as of May 29, 2026, available at https://amazon.jobs/content/en/locations/united-states/texas/austin.

5.      Attached as Exhibit D is a true and correct copy of Amazon.com, Inc.'s responses and objections to the subpoena, dated November 13, 2025.

6.      Attached as Exhibit E is a true and correct copy of an email chain between counsel for NAI and counsel for Amazon, containing emails dated November 13, 2025 through June 4, 2026.

7.      Attached as Exhibit F is a true and correct copy of highlighted excerpts from the June 17, 2026 discovery dispute hearing before Magistrate Judge Derek Gilliland.

8.      Attached as Exhibit G is true and correct copy of an article on Amazon's website titled "AWS and NVIDIA deepen strategic collaboration to accelerate AI from pilot to production," dated March 16, 2026, and available at https://aws.amazon.com/blogs/machine-learning/aws-and-nvidia-deepen-strategic-collaboration-to-accelerate-ai-from-pilot-to-production/.

9.      Attached as Exhibit H is a true and correct copy of highlighted excerpts from the September 8, 2025 discovery dispute hearing before Magistrate Judge Derek Gilliland.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Emily Portuguese*
Emily Portuguese

*Counsel for Petitioner*
*Neural AI, LLC*