# EXHIBIT B

# Amazon, Inc.

**Related Categories:** [Shopping & Speciality Retail](#), [Retail](#)

## Location



11501 Alterra Parkway
Suite 200
Austin, TX 78758

[Get Directions](#)

---

Copyright © 2026 Austin Chamber

About
Contact
Privacy
Careers
Newsletter
Brand Kit

