# EXHIBIT C

Sign in

1058 OPEN JOBS

# Austin, Texas

At Amazon, we're looking for passionate innovators across the world to create the next best thing for our customers. Explore open roles at each of our locations and apply today.

## Filters                          Clear filters

### Country or region ⌃

🔍 Search for a country or re…

☑ United States (500+)

### State or province ⌃

🔍 Search for a state or prov…

☑ Texas (500+)
☐ Washington (500+)
☐ Virginia (422)
☐ California (337)

### City ⌃

🔍 Search for a city

☑ Austin (500+)

🔍 Search for jobs by title or keyword.

Sort by: most relevant ⌄

### Security Engineering Manager, AWS Foundational & Hardware Security

📍 Austin, TX, USA    +2 other locations ⌄

📅 Updated: 6/23/2026

AWS Security is seeking an experienced and technical Security Engineering Manager to lead the Foundational & Hardware Security team. In this role, you will own the hardware security practice within AWS,

Read more ⌄

### Sr. Enablement Lead, Global Events, Sports Marketing and Sponsorship, Global Event

Seattle (500+)

Arlington (288)

New York (237)

**Employment type** ⌃

Full time (500+)

Intern (2)

Part time (1)

**Category** ⌃

Software Development (110)

Systems, Quality, & Security Engineering (88)

Project/Program/Product

**Career area** ⌃

Corporate (500+)

Customer service (0)

Distribution & fulfillment (8)

**Team** ⌃

Amazon Web Services (500+)

Worldwide Grocery Stores (102)

Fulfillment Technology and

**Role type** ⌃

Individual contributor (500+)

People manager (63)

## Content, Platform Operations, and Go-to-Market

⊙ Austin, TX, USA     +2 other locations ⌄

▦ Updated: 6/23/2026

The ESS Enablement Lead is a newly created, centralized role within the AWS Events, Sports, and Sponsorship org responsible for owning all pre- and post-event enablement plans across the full ESS portfolio.

Read more ⌄

## Sr. SAP GTM and Sales Specialist, Public Sector North America, AWS for SAP Public Sector

⊙ Austin, TX, USA     +3 other locations ⌄

▦ Updated: 6/23/2026

We are seeking an experienced Senior SAP Go-To-Market (GTM) and Sales Specialist to join our team and drive the growth of AWS's SAP business in US and North America. In this role, you will lead the go-to-market

Read more ⌄

## Senior Account Executive, Global DefenseTechs, Worldwide Public Sector ISVs

⊙ Austin, TX, USA     +6 other locations ⌄

▦ Updated: 6/23/2026

Are you interested in being part of the Public Sector team focusing on Global DefenseTechs and our customers in the migration to Cloud and the evolutionary transformation of their mission critical workloads?

Read more ⌄

### Manager III, Software Development, Amazon Exports and Expansions

⊙ Austin, TX, USA    ▦ Updated: 6/23/2026

Are you interested in building next generation experiences that will re-define international trade at Amazon? Do you want to improve how shoppers around the world discover and purchase global merchandise?

Read more ⌄

### Sr. GPU/Accelerator Hardware Development Engineer

⊙ Austin, TX, USA    **+1 other locations** ⌄

▦ Updated: 6/23/2026

Would you like to develop the Next Generation of AI accelerator compute systems? Lead bleeding-edge HW development projects? Have you heard of Amazon Web Services (AWS) Project Rainer? This is the opportunity

Read more ⌄

### Migration & Modernization Technical BD – US Federal, WWPS Migrations

⊙ Austin, TX, USA    Dallas, TX, USA    **+7 other locations** ⌄

▦ Updated: 6/23/2026

Would you like to become part of the team that is defining the way AWS Customers transform their IT with the AWS Cloud? Would you like to engage with senior business and technical leaders of customer organizations

Read more ⌄

### Senior Business Coach, Delivery Service Partner Program

◉ Austin, TX, USA        **+2 other locations** ⌄

🗓 Updated: 6/23/2026

Equal parts advisor and operating partner, Amazon's team of Business Coaches assist and guide our Delivery Service Partner (DSP) business owners as they build and grow successful last mile package delivery

Read more ⌄

## Senior Program Manager, Non-Food, Quality Standards

◉ Austin, TX, USA        🗓 Updated: 6/23/2026

Whole Foods Market's Quality Standards team sets the bar for what belongs on our shelves. We're looking for a Sr Program Manager to lead that work across body care, household cleaning, dietary supplements,

Read more ⌄

## Program Manager, E-Commerce

◉ Austin, TX, USA        🗓 Updated: 6/23/2026

We're seeking a talented Program Manager to own the Selection and Site Merchandising function across all new e-commerce programs at Whole Foods Market. This individual contributor role is the connective

Read more ⌄

‹    1    **2**    **3**    **4**    **5**    ···    **106**    ›

**Career areas**

Teams

Locations

Job categories