# EXHIBIT D



Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610

**Ben Byer**
(206) 757-8105 tel
(206) 757-7105 fax
BenByer@dwt.com

November 13, 2025

VIA EMAIL – eportuguese@susmangodfrey.com

Emily Portuguese
Susman Godfrey LLP
One Manhattan West
50th Floor
New York, NY 10001

**Re:**  *Neural AI, LLC v. NVIDIA Corporation*
   **Case No. 7:24-cv-00221-ADA-DTG (W.D. Tex.)**

Dear Counsel:

We write on behalf of Amazon.com, Inc. ("Amazon") in response to the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action ("Subpoena") served on Amazon on or around October 16, 2025, on behalf of Neural AI, LLC ("Plaintiff").

### AMAZON'S OBJECTIONS TO DEFINITIONS AND INSTRUCTIONS

Amazon objects to the definition of "NVIDIA GPU-Acceleration Hardware" as vague, overbroad, unduly burdensome and disproportionate to the needs of the case to the extent it includes nearly 350 different devices in addition to "any and all variations of the aforementioned products  (including at least products having different options for number of GPUs." Amazon also objects to this definition as unduly burdensome and disproportionate to the needs of the case to the extent it purports to require Amazon to determine what specific products fall within Plaintiff's definition. Amazon will not attempt to interpret this term.

Amazon objects to the definition of "NVIDIA GPU-Acceleration Software" as vague, overbroad, unduly burdensome and disproportionate to the needs of the case to the extent it includes "any and all software, libraries, toolkits, APIs, SDKs, platforms, orchestration environments, cloud services, or application frameworks developed, sold, licensed, maintained, or distributed by NVIDIA Corporation that are designed for, dependent upon, or enable GPU-accelerated computing, processing, training, inference, rendering, simulation, or analytics. This includes, without limitation: […]." Amazon objects to this definition as unduly burdensome and disproportionate to the needs of the case to the extent it

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.

Emily Portuguese
November 12, 2025
Page 2

purports to require Amazon to determine what products fall within Plaintiff's definition. Amazon objects to this definition to the extent it requires an expert or legal opinion. Amazon will not attempt to interpret this term.

Amazon objects to the definitions of "and" and "or" as vague, overbroad, and unduly burdensome. Amazon also objects to these terms to the extent they improperly purport to require production beyond those documents in Amazon's possession, custody and control. Amazon will interpret these terms according to their ordinary meaning.

Amazon objects to the definitions of "any," "each," and "all" as vague, overbroad, and unduly burdensome. Amazon also objects to these terms to the extent they improperly purport to require production beyond those documents in Amazon's possession, custody and control. Amazon will interpret these terms according to their ordinary meaning.

Amazon objects to the definition of "Asserted Patents" and "Patents-in-Suit" as vague, overbroad, unduly burdensome and disproportionate to the needs of the case to the extent this definition goes beyond the specifically listed patents. Amazon will interpret "Asserted Patents" and "Patents-in-Suit" to mean the specifically listed patents.

Amazon objects to the definition of "Communication(s)" as vague, overbroad, unduly burdensome and disproportionate to the needs of the case. Amazon will interpret this term in accordance with its ordinary meaning.

Amazon objects to the definitions of "concerning," "related to," "relating to," and "regarding" as vague, overbroad and unduly burdensome. Amazon will interpret these terms to mean reflecting, discussing or describing.

Amazon objects to the definition of "Document(s)" as vague, overbroad, and unduly burdensome and disproportionate to the needs of the case in particular to the extent it purports to "have the broadest meaning possible under Rules 26 and 34…." Amazon will interpret this term in accordance with its ordinary meaning, and will not produce communications, including email. No showing of need has been shown to overcome the extreme burden of such discovery. Amazon also objects to requests for documents that are not reasonably accessible. Amazon will interpret this term in accordance with the FRCP.

Amazon objects to the definitions of "include" and "including" as vague, overbroad, and unduly burdensome. Amazon also objects to these terms to the extent they improperly purport to require production beyond those documents in Amazon's possession, custody and control. Amazon will interpret these terms according to their ordinary meaning.

Amazon objects to the definition of "NVIDIA" as unduly burdensome and disproportionate to the needs of the case to the extent that it purports to require Amazon to determine what "predecessors, present and former directors, officers, accountants, affiliates, attorneys, partners, managers, agents, employees, representatives, in-house and outside counsel, and any other person or entity acting on behalf of or under control of Defendant NVIDIA Corporation" fall within Plaintiff's definition. Amazon will interpret "NVIDIA" to mean Defendant NVIDIA Corporation.

Emily Portuguese
November 12, 2025
Page 3

Amazon objects to the definition of "person(s)" as vague, overbroad, unduly burdensome and disproportionate to the needs of the case. Amazon will interpret this term in accordance with its ordinary meaning.

Amazon objects to the definition of "Source Code" as vague, overbroad, unduly burdensome and disproportionate to the needs of the case. Amazon will interpret this term in accordance with its ordinary meaning.

Amazon objects to the definition of "Third Party" and "Third Parties" as vague, overbroad, unduly burdensome and disproportionate to the needs of the case. Amazon will not attempt to interpret this term.

Amazon objects to the definition of "You," "Your," and "Amazon" as unduly burdensome and disproportionate to the needs of the case to the extent that it purports to require Amazon to determine what "predecessors, successors, parents, subsidiaries, divisions, affiliates, and all past or present directors, officers, partners, managers, employees, contractors, agents, representatives, accountants, consultants, in-house and outside counsel, and any other person or entity acting or purporting to act on its behalf or subject to its control" fall within Plaintiff's definition. Amazon also objects to this definition as unduly burdensome, overbroad, and disproportionate to the needs of the case, and requiring undue legal or factual analysis that fails to provide sufficient information to enable Amazon to meaningfully determine the purported scope of this term, to the extent it purports to include "without limitation, Amazon Web Services, Inc., Amazon.com Services LLC, Amazon Robotics LLC, Zoox, Inc., and any other Amazon parent, subsidiary, affiliate, or other related entity that used, licensed, deployed, evaluated, or integrated NVIDIA Hardware and/or NVIDIA Software." Amazon also objects to this definition to the extent it includes " in-house and outside counsel" and thus, seeks privileged information. Amazon will interpret "You," "Your," and "Amazon" to mean Amazon.com, Inc.

Amazon objects to Instructions 20, 21, 22, 24, 25, 26, 27, and 29 as unduly burdensome for a non-party, and as exceeding that which is required by the applicable rules of procedure.

Amazon objects to Instruction 28 as vague, overbroad, unduly burdensome and disproportionate to the needs of the case to the extent it purports to seek documents from an over seven-year time period.

Amazon objects to Instruction 23 as unduly burdensome to the extent that it purports to require Amazon to prepare a privilege log more detailed than what is required by the applicable rules of procedure. Amazon is willing to meet and confer concerning the purported need for and timing of any such log.

### OBJECTION TO TIME AND PLACE OF COMPLIANCE

Amazon objects to the subpoena as improper because the demanded place of production is not within 100 miles of Seattle, Washington, where Amazon resides and regularly transacts business in person. *See* Fed. R. Civ. P. 45(c)(2)(A). The subpoena fails to comply with federal law regarding place of

Emily Portuguese
November 12, 2025
Page 4

compliance. Amazon also objects to the time for compliance as unduly burdensome. Amazon is willing to meet and confer on the timing for compliance.

## OBJECTION TO PROTECTIVE ORDER

Amazon objects to the Protective Order attached to the subpoena to the extent that the Protective Order does not offer sufficient protections for the production of Amazon's confidential documents. If Amazon identifies confidential documents responsive to the requests in the Subpoena, it is open to meet and confer to address its objections regarding protections for confidential documents.

## OBJECTIONS AND RESPONSES TO DOCUMENT REQUESTS

Amazon incorporates the above objections in their entirety into each specific objection below. Amazon specific objections are made for purposes of clarity and emphasis. Amazon does not waive its above objections with respect to any of the Subpoena's requests below.

## REQUEST FOR PRODUCTION NO. 1:

Documents sufficient to identify all types of NVIDIA GPU-Acceleration Hardware purchased, acquired, or deployed by You.

## RESPONSE:

Amazon objects to this request for failing to make reasonable efforts to reduce the burden on non-party Amazon. In particular, Amazon objects to this request to the extent it seeks information in the possession, custody or control of Defendant.

Amazon objects to this request as unduly burdensome and disproportionate to the needs of the case to the extent that it fails to identify any Amazon products by name and/or versions that relevant to this case.

Amazon objects to this request as overly burdensome on non-party Amazon and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks documents related to any Amazon product or component; until Amazon is provided with the portion of Plaintiff's infringement contentions that addresses any Amazon product or component—and addresses the relevance of Amazon's alleged use of "NVIDIA GPU-Acceleration Hardware" — Amazon cannot determine the relevance of this request and therefore objects to this request as not relevant.

Amazon objects to this request as improper, because it is an interrogatory disguised as a document request.

Amazon objects to this request as vague and unduly burdensome to the extent that it purports to require Amazon to conduct undue legal or factual analysis as to whether a document is "sufficient to identify all types of NVIDIA GPU-Acceleration Hardware purchased, acquired, or deployed by You." Amazon objects to this request as failing to describe the documents sought in sufficient detail for Amazon to conduct a reasonable search of its records.

Emily Portuguese
November 12, 2025
Page 5

Amazon objects to the use of overbroad, vague and ambiguous terms and phrases in the request, including, but not limited to "all types of NVIDIA GPU-Acceleration Hardware," "purchased," "acquired," and "deployed by You" without providing additional identifying or clarifying information to explain exactly what is sought.

Amazon objects to this request as unduly burdensome to the extent it seeks documents that are over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access sources. Amazon is not able to retrieve information from many of these sources, or even confirm with certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Amazon objects to this request to the extent it seeks confidential or proprietary information without making any showing of relevance or that the request is proportional to the needs of the case.

Amazon will not conduct a search in response to this request.

**REQUEST FOR PRODUCTION NO. 2:**

Documents sufficient to identify the quantity, identity, and price of NVIDIA GPU-Acceleration Hardware (including model numbers) purchased, deployed, tested, or used by You.

**RESPONSE:**

Amazon objects to this request for failing to make reasonable efforts to reduce the burden on non-party Amazon. In particular, Amazon objects to this request to the extent it seeks information in the possession, custody or control of Defendant.

Amazon objects to this request as unduly burdensome and disproportionate to the needs of the case to the extent that it fails to identify any Amazon products by name and/or versions that relevant to this case.

Amazon objects to this request as overly burdensome on non-party Amazon and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks documents related to any Amazon product or component; until Amazon is provided with the portion of Plaintiff's infringement contentions that addresses any Amazon product or component—and addresses the relevance of Amazon's alleged use of "NVIDIA GPU-Acceleration Hardware" — Amazon cannot determine the relevance of this request and therefore objects to this request as not relevant.

Amazon objects to this request as improper, because it is an interrogatory disguised as a document request.

Amazon objects to this request as vague and unduly burdensome to the extent that it purports to require Amazon to conduct undue legal or factual analysis as to whether a document is "sufficient to identify the quantity, identity, and price of NVIDIA GPU-Acceleration Hardware (including model numbers) purchased, deployed, tested, or used by You." Amazon objects to this request as failing to describe the documents sought in sufficient detail for Amazon to conduct a reasonable search of its records.

Emily Portuguese
November 12, 2025
Page 6

Amazon objects to the use of overbroad, vague and ambiguous terms and phrases in the request, including, but not limited to "quantity," "identity," "price," "NVIDIA GPU-Acceleration Hardware (including model numbers)," "purchased," "deployed," "tested," and "used by You" without providing additional identifying or clarifying information to explain exactly what is sought.

Amazon objects to this request as unduly burdensome to the extent it seeks documents that are over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access sources. Amazon is not able to retrieve information from many of these sources, or even confirm with certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Amazon objects to this request to the extent it seeks confidential or proprietary information without making any showing of relevance or that the request is proportional to the needs of the case.

Amazon requests that Plaintiff provide Amazon with the portion of Plaintiff's infringement contentions that identify the products allegedly purchased by Amazon, along with an explanation of why this information cannot be obtained directly from Defendant.

**REQUEST FOR PRODUCTION NO. 3:**

Documents sufficient to identify all types of NVIDIA GPU-Acceleration Software acquired, licensed, or used by You, including from the NGC catalog, NVIDIA AI Enterprise, or otherwise.

**RESPONSE:**

Amazon objects to this request for failing to make reasonable efforts to reduce the burden on non-party Amazon. In particular, Amazon objects to this request to the extent it seeks information in the possession, custody or control of Defendant.

Amazon objects to this request as unduly burdensome and disproportionate to the needs of the case to the extent that it fails to identify any Amazon products by name and/or versions that relevant to this case.

Amazon objects to this request as overly burdensome on non-party Amazon and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks documents related to any Amazon product or component; until Amazon is provided with the portion of Plaintiff's infringement contentions that addresses any Amazon product or component—and addresses the relevance of Amazon's alleged use of "NVIDIA GPU-Acceleration Hardware" — Amazon cannot determine the relevance of this request and therefore objects to this request as not relevant.

Amazon objects to this request as improper, because it is an interrogatory disguised as a document request.

Amazon objects to this request as vague and unduly burdensome to the extent that it purports to require Amazon to conduct undue legal or factual analysis as to whether a document is "sufficient to identify all types of NVIDIA GPU-Acceleration Software acquired, licensed, or used by You, including from the NGC catalog, NVIDIA AI Enterprise, or otherwise." Amazon objects to this

Emily Portuguese
November 12, 2025
Page 7

request as failing to describe the documents sought in sufficient detail for Amazon to conduct a reasonable search of its records.

Amazon objects to the use of overbroad, vague and ambiguous terms and phrases in the request, including, but not limited to "all types of NVIDIA GPU-Acceleration Software," "acquired," "licensed," "used by You," "the NGC catalog," "NVIDIA AI Enterprise," and "or otherwise" without providing additional identifying or clarifying information to explain exactly what is sought.

Amazon objects to this request as unduly burdensome to the extent it seeks documents that are over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access sources. Amazon is not able to retrieve information from many of these sources, or even confirm with certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Amazon objects to this request to the extent it seeks confidential or proprietary information without making any showing of relevance or that the request is proportional to the needs of the case.

Amazon will not conduct a search in response to this request.

**REQUEST FOR PRODUCTION NO. 4:**

Documents sufficient to identify the quantity and identity of NVIDIA GPU-Acceleration Software (including model numbers) acquired, licensed, or used by You.

**RESPONSE:**

Amazon objects to this request for failing to make reasonable efforts to reduce the burden on non-party Amazon. In particular, Amazon objects to this request to the extent it seeks information in the possession, custody or control of Defendant.

Amazon objects to this request as unduly burdensome and disproportionate to the needs of the case to the extent that it fails to identify any Amazon products by name and/or versions that relevant to this case.

Amazon objects to this request as overly burdensome on non-party Amazon and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks documents related to any Amazon product or component; until Amazon is provided with the portion of Plaintiff's infringement contentions that addresses any Amazon product or component—and addresses the relevance of Amazon's alleged use of "NVIDIA GPU-Acceleration Hardware" — Amazon cannot determine the relevance of this request and therefore objects to this request as not relevant.

Amazon objects to this request as improper, because it is an interrogatory disguised as a document request.

Amazon objects to this request as vague and unduly burdensome to the extent that it purports to require Amazon to conduct undue legal or factual analysis as to whether a document is "sufficient to identify the quantity and identity of NVIDIA GPU-Acceleration Software (including model numbers)

Emily Portuguese
November 12, 2025
Page 8

acquired, licensed, or used by You." Amazon objects to this request as failing to describe the documents sought in sufficient detail for Amazon to conduct a reasonable search of its records.

Amazon objects to the use of overbroad, vague and ambiguous terms and phrases in the request, including, but not limited to "quantity," "identity," "NVIDIA GPU-Acceleration Software (including model numbers)," "acquired," "licensed," and "used by You" without providing additional identifying or clarifying information to explain exactly what is sought.

Amazon objects to this request as unduly burdensome to the extent it seeks documents that are over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access sources. Amazon is not able to retrieve information from many of these sources, or even confirm with certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Amazon objects to this request to the extent it seeks confidential or proprietary information without making any showing of relevance or that the request is proportional to the needs of the case.

Amazon requests that Plaintiff provide Amazon with the portion of Plaintiff's infringement contentions that identify the products allegedly purchased by Amazon, along with an explanation of why this information cannot be obtained directly from Defendant.

## REQUEST FOR PRODUCTION NO. 5:

Documents sufficient to identify any products, features, or services offered by You that depended on NVIDIA GPU-Acceleration Software or NVIDIA GPU-Acceleration Hardware.

## RESPONSE:

Amazon objects to this request for failing to make reasonable efforts to reduce the burden on non-party Amazon. In particular, Amazon objects to this request to the extent it seeks information in the possession, custody or control of Defendant.

Amazon objects to this request as unduly burdensome and disproportionate to the needs of the case to the extent that it fails to identify any Amazon products by name and/or versions that relevant to this case.

Amazon objects to this request as overly burdensome on non-party Amazon and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks documents related to any Amazon product or component; until Amazon is provided with the portion of Plaintiff's infringement contentions that addresses any Amazon product or component—and addresses the relevance of Amazon's alleged use of "NVIDIA GPU-Acceleration Hardware" — Amazon cannot determine the relevance of this request and therefore objects to this request as not relevant.

Amazon objects to this request as improper, because it is an interrogatory disguised as a document request.

Emily Portuguese
November 12, 2025
Page 9

Amazon objects to this request as vague and unduly burdensome to the extent that it purports to require Amazon to conduct undue legal or factual analysis as to whether a document is "sufficient to identify any products, features, or services offered by You that depended on NVIDIA GPU-Acceleration Software or NVIDIA GPU-Acceleration Hardware." Amazon objects to this request as failing to describe the documents sought in sufficient detail for Amazon to conduct a reasonable search of its records.

Amazon objects to the use of overbroad, vague and ambiguous terms and phrases in the request, including, but not limited to "any products," "features," "services," "offered by You," and "depended on NVIDIA GPU-Acceleration Software or NVIDIA GPU-Acceleration Hardware" without providing additional identifying or clarifying information to explain exactly what is sought.

Amazon objects to this request as unduly burdensome to the extent it seeks documents that are over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access sources. Amazon is not able to retrieve information from many of these sources, or even confirm with certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Amazon objects to this request to the extent it seeks confidential or proprietary information without making any showing of relevance or that the request is proportional to the needs of the case.

Amazon will not conduct a search in response to this request.

**REQUEST FOR PRODUCTION NO. 6:**

Documents sufficient to identify all agreements, license terms, purchase orders, or other transactional documents relating to the acquisition or use of any NVIDIA GPU-Acceleration Hardware or NVIDIA GPU-Acceleration Software between You and NVIDIA, and the terms of those agreements.

**RESPONSE:**

Amazon objects to this request for failing to make reasonable efforts to reduce the burden on non-party Amazon. In particular, Amazon objects to this request to the extent it seeks information in the possession, custody or control of Defendant. Moreover, Plaintiff has identified nothing to suggest any responsive materials exist, and therefore this request appears to be an impermissible fishing expedition.

Amazon objects to this request as overly burdensome on nonparty Amazon and not relevant to any party's claim or defense or proportional to the needs of the case. In particular, it is unclear the relevance of and the need to request "all agreements, license terms, purchase orders, or other transactional documents relating to the acquisition or use of any NVIDIA GPU-Acceleration Hardware or NVIDIA GPU-Acceleration Software between You and NVIDIA, and the terms of those agreements."

Amazon objects to this request to the extent it seeks documents containing confidential, proprietary or trade secret information without making any showing of relevance or that the request is proportional to the needs of the case.

Emily Portuguese
November 12, 2025
Page 10

Amazon objects to this request as vague and unduly burdensome to the extent that it purports to require Amazon to conduct undue legal or factual analysis as to whether a document is "sufficient to identify all agreements, license terms, purchase orders, or other transactional documents relating to the acquisition or use of any NVIDIA GPU-Acceleration Hardware or NVIDIA GPU-Acceleration Software between You and NVIDIA, and the terms of those agreements." Amazon objects to this request as failing to describe the documents sought in sufficient detail for Amazon to conduct a reasonable search of its records.

Amazon objects to the use of overbroad, vague and ambiguous terms and phrases in the request, including, but not limited to "all agreements," "license terms," "purchase orders," "other transactional documents," "relating to the acquisition or use of any NVIDIA GPU-Acceleration Hardware or NVIDIA GPU-Acceleration Software," "between You and NVIDIA," and "the terms of those agreements" without providing additional identifying or clarifying information to explain exactly what is sought.

Amazon objects to this request as unduly burdensome to the extent it seeks documents that are over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access sources. Amazon is not able to retrieve information from many of these sources, or even confirm with certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Amazon objects to this request to the extent that it seeks documents protected by the attorney client privilege or doctrine of attorney work product, common interest privilege, or any other applicable privilege, protection, or immunity.

Amazon will not search for documents responsive to this request.

### REQUEST FOR PRODUCTION NO. 7:

Technical documentation, architectural diagrams, source code excerpts, or internal presentations sufficient to show how You implemented, incorporated, or otherwise used any NVIDIA GPU-Acceleration Software in any GPU-accelerated system.

### RESPONSE:

Amazon objects to this request as unduly burdensome and disproportionate to the needs of the case to the extent that it fails to identify any Amazon products by name and/or versions that are relevant to this case.

Amazon objects to this request as overly burdensome on non-party Amazon and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks documents unrelated to any Amazon product or component alleged to be an accused product in the underlying case; until Amazon is provided with the portion of Plaintiff's infringement contentions that addresses any Amazon product or component—and addresses the relevance of Amazon's alleged use of "any

Emily Portuguese
November 12, 2025
Page 11

NVIDIA GPU-Acceleration Software"—Amazon cannot determine the relevance of this request and therefore objects to this request as not relevant.

Amazon objects to this request to the extent it seeks documents containing confidential, proprietary or trade secret information without making any showing of relevance or that the request is proportional to the needs of the case.

Amazon objects to this request as vague and unduly burdensome to the extent that it purports to require Amazon to conduct undue legal or factual analysis as to whether a document reflects "[t]echnical documentation, architectural diagrams, source code excerpts, or internal presentations sufficient to show how You implemented, incorporated, or otherwise used any NVIDIA GPU-Acceleration Software in any GPU-accelerated system." Amazon objects to this request as failing to describe the documents sought in sufficient detail for Amazon to conduct a reasonable search of its records.

Amazon objects to the request for source code as unduly burdensome, unnecessary, and not proportional to the needs of the case.

Amazon objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to "[t]echnical documentation," "architectural diagrams," "source code excerpts," "internal presentations," "how You implemented," "incorporated," "otherwise used," and "any NVIDIA GPU-Acceleration Software in any GPU-accelerated system" without providing additional identifying or clarifying information to explain exactly what is sought.

Amazon objects to this request as unduly burdensome to the extent it seeks documents that are at least over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access sources. Amazon is not able to retrieve information from many of these sources, or even confirm with certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Amazon objects to this request to the extent that it seeks documents protected by the attorney client privilege or doctrine of attorney work product, common interest privilege, or any other applicable privilege, protection, or immunity.

Amazon will not conduct a search in response to this request.

**REQUEST FOR PRODUCTION NO. 8:**

Source Code, configuration files, or implementation artifacts sufficient to show how NVIDIA GPU-Acceleration Software was integrated into Your systems, applications, or software pipelines.

**RESPONSE:**

Amazon objects to this request as unduly burdensome and disproportionate to the needs of the case to the extent that it fails to identify any Amazon products by name and/or versions that are relevant to this case.

Emily Portuguese
November 12, 2025
Page 12

Amazon objects to this request as overly burdensome on non-party Amazon and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks documents unrelated to any Amazon product or component alleged to be an accused product in the underlying case; until Amazon is provided with the portion of Plaintiff's infringement contentions that addresses any Amazon product or component—and addresses the relevance of Amazon's alleged use of "any NVIDIA GPU-Acceleration Software"—Amazon cannot determine the relevance of this request and therefore objects to this request as not relevant.

Amazon objects to this request to the extent it seeks documents containing confidential, proprietary or trade secret information without making any showing of relevance or that the request is proportional to the needs of the case.

Amazon objects to this request as calling for expert testimony.

Amazon objects to this request as vague and unduly burdensome to the extent that it purports to require Amazon to conduct undue legal or factual analysis as to whether a document reflects "[s]ource Code, configuration files, or implementation artifacts sufficient to show how NVIDIA GPU-Acceleration Software was integrated into Your systems, applications, or software pipelines." Amazon objects to this request as failing to describe the documents sought in sufficient detail for Amazon to conduct a reasonable search of its records.

Amazon objects to the request for source code as unduly burdensome, unnecessary, and not proportional to the needs of the case.

Amazon objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to "Source Code," "configuration files," "implementation artifacts," "NVIDIA GPU-Acceleration Software," "integrated into Your systems," "applications," and "software pipelines" without providing additional identifying or clarifying information to explain exactly what is sought.

Amazon objects to this request as unduly burdensome to the extent it seeks documents that are at least over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access sources. Amazon is not able to retrieve information from many of these sources, or even confirm with certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Amazon will not conduct a search in response to this request.

**REQUEST FOR PRODUCTION NO. 9:**

Documents sufficient to show how Your application-layer software invokes or interacts with NVIDIA GPU-Acceleration Software components, including the types of workloads, models, or applications executed using NVIDIA GPU-Acceleration Software.

**RESPONSE:**

Emily Portuguese
November 12, 2025
Page 13

Amazon objects to this request as unduly burdensome and disproportionate to the needs of the case to the extent that it fails to identify any Amazon products by name and/or versions that are relevant to this case.

Amazon objects to this request as overly burdensome on non-party Amazon and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks documents unrelated to any Amazon product or component alleged to be an accused product in the underlying case; until Amazon is provided with the portion of Plaintiff's infringement contentions that addresses any Amazon product or component—and addresses the relevance of Amazon's alleged use of "any NVIDIA GPU-Acceleration Software"—Amazon cannot determine the relevance of this request and therefore objects to this request as not relevant.

Amazon objects to this request to the extent it seeks documents containing confidential, proprietary or trade secret information without making any showing of relevance or that the request is proportional to the needs of the case.

Amazon objects to this request as calling for expert testimony.

Amazon objects to this request as improper, because it is an interrogatory disguised as a document request.

Amazon objects to this request as vague and unduly burdensome to the extent that it purports to require Amazon to conduct undue legal or factual analysis as to whether a document is "sufficient to show how Your application-layer software invokes or interacts with NVIDIA GPU-Acceleration Software components, including the types of workloads, models, or applications executed using NVIDIA GPU-Acceleration Software." Amazon objects to this request as failing to describe the documents sought in sufficient detail for Amazon to conduct a reasonable search of its records.

Amazon objects to the request for source code as unduly burdensome, unnecessary, and not proportional to the needs of the case.

Amazon objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to "Your application-layer software," "invokes," "interacts with," "NVIDIA GPU-Acceleration Software components," "types of workloads," "models," and "applications" without providing additional identifying or clarifying information to explain exactly what is sought.

Amazon objects to this request as unduly burdensome to the extent it seeks documents that are at least over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access sources. Amazon is not able to retrieve information from many of these sources, or even confirm with certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Amazon will not conduct a search in response to this request.

**REQUEST FOR PRODUCTION NO. 10:**

Emily Portuguese
November 12, 2025
Page 14

Internal development notes, version control records, Git repositories, commit logs, or related documents sufficient to show all derivative or modified source code created by You based on, incorporating, extending, or wrapping NVIDIA GPU-Acceleration Software.

**RESPONSE:**

Amazon objects to this request as unduly burdensome and disproportionate to the needs of the case to the extent that it fails to identify any Amazon products by name and/or versions that are relevant to this case.

Amazon objects to this request as overly burdensome on non-party Amazon and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks documents unrelated to any Amazon product or component alleged to be an accused product in the underlying case; until Amazon is provided with the portion of Plaintiff's infringement contentions that addresses any Amazon product or component—and addresses the relevance of Amazon's alleged use of "any NVIDIA GPU-Acceleration Software"—Amazon cannot determine the relevance of this request and therefore objects to this request as not relevant.

Amazon objects to this request to the extent it seeks documents containing confidential, proprietary or trade secret information without making any showing of relevance or that the request is proportional to the needs of the case.

Amazon objects to this request as calling for expert testimony.

Amazon objects to this request as vague and unduly burdensome to the extent that it purports to require Amazon to conduct undue legal or factual analysis as to whether a document reflects "[i]nternal development notes, version control records, Git repositories, commit logs, or related documents sufficient to show all derivative or modified source code created by You based on, incorporating, extending, or wrapping NVIDIA GPU-Acceleration Software." Amazon objects to this request as failing to describe the documents sought in sufficient detail for Amazon to conduct a reasonable search of its records.

Amazon objects to the request for source code as unduly burdensome, unnecessary, and not proportional to the needs of the case.

Amazon objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to "[i]nternal development notes," "version control records," "Git repositories," "commit logs," "related documents," and "all derivative or modified source code," "created by You," and "based on, incorporating, extending, or wrapping NVIDIA GPU-Acceleration Software" without providing additional identifying or clarifying information to explain exactly what is sought.

Amazon objects to this request as unduly burdensome to the extent it seeks documents that are at least over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access sources. Amazon is not able to retrieve information from many of these sources, or even confirm with certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Emily Portuguese
November 12, 2025
Page 15


Amazon will not conduct a search in response to this request.

## REQUEST FOR PRODUCTION NO. 11:

Documents sufficient to show all uses of NVLink, MIG (Multi-Instance GPU), or any GPU orchestration software used in conjunction with NVIDIA GPU-Acceleration Software.

## RESPONSE:

Amazon objects to this request for failing to make reasonable efforts to reduce the burden on non-party Amazon. In particular, Amazon objects to this request to the extent it seeks information not in the possession, custody, or control of Amazon and/or is in the possession, custody or control of Defendant.

Amazon objects to this request as unduly burdensome and disproportionate to the needs of the case to the extent that it fails to identify any Amazon products by name and/or versions that are relevant to this case.

Amazon objects to this request as overly burdensome on non-party Amazon and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks documents unrelated to any Amazon product or component alleged to be an accused product in the underlying case; until Amazon is provided with the portion of Plaintiff's infringement contentions that addresses any Amazon product or component—and addresses the relevance of Amazon's alleged use of "any NVIDIA GPU-Acceleration Software"—Amazon cannot determine the relevance of this request and therefore objects to this request as not relevant.

Amazon objects to this request as calling for expert testimony.

Amazon objects to this request to the extent it seeks documents containing confidential, proprietary or trade secret information without making any showing of relevance or that the request is proportional to the needs of the case.

Amazon objects to this request as vague and unduly burdensome to the extent that it purports to require Amazon to conduct undue legal or factual analysis as to whether a document is "sufficient to show all uses of NVLink, MIG (Multi-Instance GPU), or any GPU orchestration software used in conjunction with NVIDIA GPU-Acceleration Software." Amazon objects to this request as failing to describe the documents sought in sufficient detail for Amazon to conduct a reasonable search of its records.

Amazon objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to "all uses of NVLink, MIG (Multi-Instance GPU)," "any GPU orchestration software," and "used in conjunction with NVIDIA GPU-Acceleration Software" without providing additional identifying or clarifying information to explain exactly what is sought.

Amazon objects to this request as unduly burdensome to the extent it seeks documents that are at least over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access

Emily Portuguese
November 12, 2025
Page 16

sources. Amazon is not able to retrieve information from many of these sources, or even confirm with certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Amazon will not conduct a search in response to this request.

**REQUEST FOR PRODUCTION NO. 12:**

Communications between You and NVIDIA relating to the setup, integration, customization, support, or use of any NVIDIA GPU-Acceleration Software.

**RESPONSE:**

Amazon objects to this request for failing to make reasonable efforts to reduce the burden on non-party Amazon. In particular, Amazon objects to this request to the extent it seeks information in the possession, custody or control of Defendant. Moreover, Plaintiff has identified nothing to suggest any responsive materials exist, and therefore this request appears to be an impermissible fishing expedition.

Amazon objects to this request as overly burdensome on nonparty Amazon and not relevant to any party's claim or defense or proportional to the needs of the case. In particular, it is unclear the relevance of and the need to request "[c]ommunications." Amazon objects to the request for "[c]ommunications" to the extent it seeks documents containing confidential, proprietary or trade secret information without making any showing of relevance or that the request is proportional to the needs of the case.

Amazon objects to this request as vague and unduly burdensome to the extent that it purports to require Amazon to conduct undue legal or factual analysis as to whether a document reflects "[c]ommunications between You and NVIDIA relating to the setup, integration, customization, support, or use of any NVIDIA GPU-Acceleration Software." Amazon objects to this request as failing to describe the documents sought in sufficient detail for Amazon to conduct a reasonable search of its records.

Amazon objects to the use of overbroad, vague and ambiguous terms and phrases in the request, including, but not limited to "[c]ommunications," "between You and NVIDIA," "setup," "integration," "customization," "support," "use," and "any NVIDIA GPU-Acceleration Software" without providing additional identifying or clarifying information to explain exactly what is sought.

Amazon objects to this request as unduly burdensome to the extent it seeks documents that are over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access sources. Amazon is not able to retrieve information from many of these sources, or even confirm with certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Emily Portuguese
November 12, 2025
Page 17

Amazon objects to this request to the extent that it seeks documents protected by the attorney client privilege or doctrine of attorney work product, common interest privilege, or any other applicable privilege, protection, or immunity.

Amazon will not search for documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 13:**

Internal documents, presentations, or reports reflecting the performance benefits, functional improvements, or business value derived from using NVIDIA GPU-Acceleration Software and NVIDIA GPU-Acceleration Hardware.

**RESPONSE:**

Amazon objects to this request as unduly burdensome and disproportionate to the needs of the case to the extent that it fails to identify any Amazon products by name and/or versions that are relevant to this case.

Amazon objects to this request as overly burdensome on non-party Amazon and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks documents unrelated to any Amazon product or component alleged to be an accused product in the underlying case; until Amazon is provided with the portion of Plaintiff's infringement contentions that addresses any Amazon product or component—and addresses the relevance of Amazon's alleged use of "NVIDIA GPU-Acceleration Software"—Amazon cannot determine the relevance of this request and therefore objects to this request as not relevant.

Amazon objects to this request as overly burdensome on non-party Amazon and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks Amazon internal documents and internal information not relayed to the Defendant. Amazon objects to this request as overly burdensome on non-party Amazon and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks material available through party or expert discovery.

Amazon objects to this request to the extent it seeks documents containing confidential, proprietary or trade secret information without making any showing of relevance or that the request is proportional to the needs of the case.

Amazon objects to this request as vague and unduly burdensome to the extent that it purports to require Amazon to conduct undue legal or factual analysis as to whether a document reflects "[i]nternal documents, presentations, or reports reflecting the performance benefits, functional improvements, or business value derived from using NVIDIA GPU-Acceleration Software and NVIDIA GPU-Acceleration Hardware." Amazon objects to this request as failing to describe the documents sought in sufficient detail for Amazon to conduct a reasonable search of its records.

Amazon objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to "[i]nternal documents," "presentations," "reports," "the performance benefits,"

Emily Portuguese
November 12, 2025
Page 18

"functional improvements," "business value," "NVIDIA GPU-Acceleration Software," and "NVIDIA GPU-Acceleration Hardware" without providing additional identifying or clarifying information to explain exactly what is sought.

Amazon objects to this request as unduly burdensome to the extent it seeks documents that are at least over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access sources. Amazon is not able to retrieve information from many of these sources, or even confirm with certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Amazon objects to this request to the extent that it seeks documents protected by the attorney client privilege or doctrine of attorney work product, common interest privilege, or any other applicable privilege, protection, or immunity.

Amazon will not conduct a search in response to this request.

**REQUEST FOR PRODUCTION NO. 14:**

Revenue, usage, or subscription data for Your services or software platforms that relied on NVIDIA GPU-Acceleration Software.

**RESPONSE:**

Amazon objects to this request as unduly burdensome and disproportionate to the needs of the case to the extent that it fails to identify any Amazon products by name and/or versions that are relevant to this case.

Amazon objects to this request as overly burdensome on non-party Amazon and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks documents unrelated to any Amazon product or component alleged to be an accused product in the underlying case; until Amazon is provided with the portion of Plaintiff's infringement contentions that addresses any Amazon product or component—and addresses the relevance of Amazon's alleged use of "NVIDIA GPU-Acceleration Software"—Amazon cannot determine the relevance of this request and therefore objects to this request as not relevant.

Amazon objects to this request to the extent it seeks documents containing confidential, proprietary or trade secret information without making any showing of relevance or that the request is proportional to the needs of the case.

Amazon objects to this request as vague and unduly burdensome to the extent that it purports to require Amazon to conduct undue legal or factual analysis as to whether a document reflects "[r]evenue, usage, or subscription data for Your services or software platforms that relied on NVIDIA GPU-Acceleration Software." Amazon objects to this request as failing to describe the documents sought in sufficient detail for Amazon to conduct a reasonable search of its records.

Emily Portuguese
November 12, 2025
Page 19

Amazon objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to "[r]evenue," "usage," "subscription data," "Your services or software platforms," and "relied on NVIDIA GPU-Acceleration Software" without providing additional identifying or clarifying information to explain exactly what is sought.

Amazon objects to this request as overly burdensome on non-party Amazon and not relevant to any party's claim or defense or proportional to the needs of the case to the extent it addresses Amazon's activities rather than those of Defendant.

Amazon objects to this request as unduly burdensome to the extent it seeks documents that are at least over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access sources. Amazon is not able to retrieve information from many of these sources, or even confirm with certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Amazon will not conduct a search in response to this request.

**REQUEST FOR PRODUCTION NO. 15:**

Benchmark results, technical evaluations, or cost-benefit analyses relating to Your use of NVIDIA GPU-Acceleration Software and NVIDIA GPU-Acceleration Hardware.

**RESPONSE:**

Amazon objects to this request as unduly burdensome and disproportionate to the needs of the case to the extent that it fails to identify any Amazon products by name and/or versions that are relevant to this case.

Amazon objects to this request as overly burdensome on non-party Amazon and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks documents unrelated to any Amazon product or component alleged to be an accused product in the underlying case; until Amazon is provided with the portion of Plaintiff's infringement contentions that addresses any Amazon product or component—and addresses the relevance of Amazon's alleged use of "NVIDIA GPU-Acceleration Software and NVIDIA GPU-Acceleration Hardware"—Amazon cannot determine the relevance of this request and therefore objects to this request as not relevant.

Amazon objects to this request to the extent it seeks documents containing confidential, proprietary or trade secret information without making any showing of relevance or that the request is proportional to the needs of the case.

Amazon objects to this request as overly burdensome on non-party Amazon and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks Amazon internal documents and internal information not relayed to the Defendant.  Amazon objects to this request as overly burdensome on non-party Amazon and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks material available through party or expert discovery.

Emily Portuguese
November 12, 2025
Page 20

Amazon objects to this request as vague and unduly burdensome to the extent that it purports to require Amazon to conduct undue legal or factual analysis as to whether a document reflects "[b]enchmark results, technical evaluations, or cost-benefit analyses relating to Your use of NVIDIA GPU-Acceleration Software and NVIDIA GPU-Acceleration Hardware." Amazon objects to this request as failing to describe the documents sought in sufficient detail for Amazon to conduct a reasonable search of its records.

Amazon objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to "[b]enchmark results," "technical evaluations," "cost-benefit analyses," and "Your use of NVIDIA GPU-Acceleration Software and NVIDIA GPU-Acceleration Hardware" without providing additional identifying or clarifying information to explain exactly what is sought.

Amazon objects to this request as unduly burdensome to the extent it seeks documents that are at least over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access sources. Amazon is not able to retrieve information from many of these sources, or even confirm with certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Amazon objects to this request to the extent that it seeks documents protected by the attorney client privilege or doctrine of attorney work product, common interest privilege, or any other applicable privilege, protection, or immunity.

Amazon will not conduct a search in response to this request.

**REQUEST FOR PRODUCTION NO. 16:**

Marketing, customer-facing, or internal communications describing or referencing Your reliance on NVIDIA GPU-Acceleration Software and NVIDIA GPU-Acceleration Hardware or toolkits for performance, scalability, or innovation.

**RESPONSE:**

Amazon objects to this request for failing to make reasonable efforts to reduce the burden on non-party Amazon. In particular, Amazon objects to this request to the extent it seeks information in the possession, custody or control of a party to the litigation or that is publicly available.

Amazon objects to this request as overly burdensome on nonparty Amazon and not relevant to any party's claim or defense or proportional to the needs of the case. In particular, it is unclear the relevance of and the need to request "[c]ommunications." Amazon objects to the request for "[c]ommunications" to the extent it seeks documents containing confidential, proprietary or trade secret information without making any showing of relevance or that the request is proportional to the needs of the case.

Amazon objects to this request as vague and unduly burdensome to the extent that it purports to require Amazon to conduct undue legal or factual analysis as to whether a document reflects "[m]arketing, customer-facing, or internal communications describing or referencing Your reliance on

Emily Portuguese
November 12, 2025
Page 21

NVIDIA GPU-Acceleration Software and NVIDIA GPU-Acceleration Hardware or toolkits for performance, scalability, or innovation." Amazon objects to this request as failing to describe the documents sought in sufficient detail for Amazon to conduct a reasonable search of its records.

Amazon objects to this request as overly burdensome on non-party Amazon and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks Amazon internal documents and internal information not relayed to the Defendant. Amazon objects to this request as overly burdensome on non-party Amazon and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks material available through party or expert discovery.

Amazon objects to the use of overbroad, vague and ambiguous terms and phrases in the request, including, but not limited to "[m]arketing," "customer-facing," "internal communications," "describing or referencing," "Your reliance," "NVIDIA GPU-Acceleration Software and NVIDIA GPU-Acceleration Hardware," and "toolkits for performance, scalability, or innovation" without providing additional identifying or clarifying information to explain exactly what is sought.

Amazon objects to this request as unduly burdensome to the extent it seeks documents that are over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access sources. Amazon is not able to retrieve information from many of these sources, or even confirm with certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Amazon objects to this request to the extent that it seeks documents protected by the attorney client privilege or doctrine of attorney work product, common interest privilege, or any other applicable privilege, protection, or immunity.

Amazon will not search for documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 17:**

Documents sufficient to identify any third-party software, libraries, or frameworks that were used alongside or integrated with NVIDIA GPO-Acceleration Software.

**RESPONSE:**

Amazon objects to this request as unduly burdensome and disproportionate to the needs of the case to the extent that it fails to identify any Amazon products by name and/or versions that are relevant to this case.

Amazon objects to this request as overly burdensome on non-party Amazon and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks documents unrelated to any Amazon product or component alleged to be an accused product in the underlying case; until Amazon is provided with the portion of Plaintiff's infringement contentions that addresses any Amazon product or component—and addresses the relevance of Amazon's alleged use of "NVIDIA GPU-Acceleration Software and NVIDIA GPU-Acceleration Hardware"—Amazon cannot determine the relevance of this request and therefore objects to this request as not relevant.

Emily Portuguese
November 12, 2025
Page 22

Amazon objects to this request to the extent it seeks documents containing confidential, proprietary or trade secret information without making any showing of relevance or that the request is proportional to the needs of the case.

Amazon objects to this request for failing to make reasonable efforts to reduce the burden on non-party Amazon. In particular, Amazon objects to this request to the extent it seeks information in the possession, custody or control of Defendant.

Amazon objects to this request as unduly burdensome and disproportionate to the needs of the case to the extent that it fails to identify any Amazon products by name and/or versions that are relevant to this case.

Amazon objects to the request for "sufficient to identify any third-party software, libraries, or frameworks that were used alongside or integrated with NVIDIA GPO-Acceleration Software" to the extent it seeks information not in the possession, custody, or control of Amazon.

Amazon objects to this request as overly burdensome on non-party Amazon and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks documents unrelated to any Amazon product or component alleged to be an accused product in the underlying case; until Amazon is provided with the portion of Plaintiff's infringement contentions that addresses any Amazon product or component—and addresses the relevance of Amazon's alleged use of NVIDIA's products—Amazon cannot determine the relevance of this request and therefore objects to this request as not relevant.

Amazon objects to this request as vague and unduly burdensome to the extent that it purports to require Amazon to conduct undue legal or factual analysis as to whether a document is "sufficient to identify any third-party software, libraries, or frameworks that were used alongside or integrated with NVIDIA GPO-Acceleration Software." Amazon objects to this request as failing to describe the documents sought in sufficient detail for Amazon to conduct a reasonable search of its records.

Amazon objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to "any third-party software, libraries, or frameworks," "used alongside or integrated with," and "NVIDIA GPO-Acceleration Software" without providing additional identifying or clarifying information to explain exactly what is sought.

Amazon objects to this request as unduly burdensome to the extent it seeks documents that are at least over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access sources. Amazon is not able to retrieve information from many of these sources, or even confirm with certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Amazon will not conduct a search in response to this request.

**REQUEST FOR PRODUCTION NO. 18:**

Documents sufficient to show how NVIDIA GPU-Acceleration Software interacted with other vendors' frameworks or toolchains.

Emily Portuguese
November 12, 2025
Page 23

**RESPONSE:**

Amazon objects to this request for failing to make reasonable efforts to reduce the burden on non-party Amazon. In particular, Amazon objects to this request to the extent it seeks information in the possession, custody or control of Defendant.

Amazon objects to the request for "sufficient to show how NVIDIA GPU-Acceleration Software interacted with other vendors' frameworks or toolchains" to the extent it seeks information not in the possession, custody, or control of Amazon.

Amazon objects to this request as unduly burdensome and disproportionate to the needs of the case to the extent that it fails to identify any Amazon products by name and/or versions that are relevant to this case.

Amazon objects to this request as overly burdensome on non-party Amazon and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks documents unrelated to any Amazon product or component alleged to be an accused product in the underlying case; until Amazon is provided with the portion of Plaintiff's infringement contentions that addresses any Amazon product or component—and addresses the relevance of Amazon's alleged use of "NVIDIA GPU-Acceleration Software"—Amazon cannot determine the relevance of this request and therefore objects to this request as not relevant.

Amazon objects to this request to the extent it seeks documents containing confidential, proprietary or trade secret information without making any showing of relevance or that the request is proportional to the needs of the case.

Amazon objects to this request as vague and unduly burdensome to the extent that it purports to require Amazon to conduct undue legal or factual analysis as to whether a document is "sufficient to show how NVIDIA GPU-Acceleration Software interacted with other vendors' frameworks or toolchains." Amazon objects to this request as failing to describe the documents sought in sufficient detail for Amazon to conduct a reasonable search of its records.

Amazon objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to "NVIDIA GPU-Acceleration Software," "interacted," "other vendors' frameworks," and "toolchains" without providing additional identifying or clarifying information to explain exactly what is sought.

Amazon objects to this request as unduly burdensome to the extent it seeks documents that are at least over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access sources. Amazon is not able to retrieve information from many of these sources, or even confirm with certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Amazon will not conduct a search in response to this request.

**REQUEST FOR PRODUCTION NO. 19:**

Emily Portuguese
November 12, 2025
Page 24

Internal documentation, including but not limited to wiki pages, collaborative documentation platforms, engineering knowledge bases, or similar repositories, sufficient to show the design, development, architecture, technical functionality, or operation of any GPU-accelerated software, system, or pipeline that uses, incorporates, interfaces with, or was developed in connection with any NVIDIA GPU-Acceleration Software.

**<u>RESPONSE:</u>**

Amazon objects to this request for failing to make reasonable efforts to reduce the burden on non-party Amazon. In particular, Amazon objects to this request to the extent it seeks information in the possession, custody or control of Defendant.

Amazon objects to the request for "any GPU-accelerated software, system, or pipeline that uses, incorporates, interfaces with, or was developed in connection with any NVIDIA GPU-Acceleration Software" to the extent it seeks information not in the possession, custody, or control of Amazon.

Amazon objects to this request as unduly burdensome and disproportionate to the needs of the case to the extent that it fails to identify any Amazon products by name and/or versions that are relevant to this case.

Amazon objects to this request as overly burdensome on non-party Amazon and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks documents unrelated to any Amazon product or component alleged to be an accused product in the underlying case; until Amazon is provided with the portion of Plaintiff's infringement contentions that addresses any Amazon product or component—and addresses the relevance of Amazon's alleged use of "NVIDIA GPU-Acceleration Software"—Amazon cannot determine the relevance of this request and therefore objects to this request as not relevant.

Amazon objects to this request as overly burdensome on non-party Amazon and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks Amazon internal documents and internal information not relayed to the Defendant. Amazon objects to this request as overly burdensome on non-party Amazon and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks material available through party or expert discovery.

Amazon objects to this request to the extent it seeks documents containing confidential, proprietary or trade secret information without making any showing of relevance or that the request is proportional to the needs of the case.

Amazon objects to this request as vague and unduly burdensome to the extent that it purports to require Amazon to conduct undue legal or factual analysis as to whether a document reflects "[i]nternal documentation, including but not limited to wiki pages, collaborative documentation platforms, engineering knowledge bases, or similar repositories, sufficient to show the design, development, architecture, technical functionality, or operation of any GPU-accelerated software, system, or pipeline that uses, incorporates, interfaces with, or was developed in connection with any NVIDIA GPU-Acceleration Software." Amazon objects to this request as failing to describe the documents sought in sufficient detail for Amazon to conduct a reasonable search of its records.

Emily Portuguese
November 12, 2025
Page 25

Amazon objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to "[i]nternal documentation," "including but not limited to," "wiki pages," "collaborative documentation platforms," "engineering knowledge bases," "similar repositories," "design," "development," "architecture," "technical functionality," "operation," "any GPU-accelerated software," "system," "pipeline," "uses," "incorporates," "interfaces with," and "developed in connection with any NVIDIA GPU-Acceleration Software" without providing additional identifying or clarifying information to explain exactly what is sought.

Amazon objects to this request as unduly burdensome to the extent it seeks documents that are at least over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access sources. Amazon is not able to retrieve information from many of these sources, or even confirm with certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Amazon will not conduct a search in response to this request.

**REQUEST FOR PRODUCTION NO. 20:**

All documents and communications between You and NVIDIA, or between You and any Third Party, referring or relating to Neurala, Inc., Neural AI, or the Litigation, including but not limited to emails, memoranda, contracts, or agreements.

**RESPONSE:**

Amazon objects to this request for failing to make reasonable efforts to reduce the burden on non-party Amazon. In particular, Amazon objects to this request to the extent it seeks information in the possession, custody or control of Defendant. Moreover, Plaintiff has identified nothing to suggest any responsive materials exist, and therefore this request appears to be an impermissible fishing expedition.

Amazon objects to this request as overly burdensome on nonparty Amazon and not relevant to any party's claim or defense or proportional to the needs of the case. In particular, it is unclear the relevance of and the need to request "[c]ommunications." Amazon objects to the request for "[c]ommunications" to the extent it seeks documents containing confidential, proprietary or trade secret information without making any showing of relevance or that the request is proportional to the needs of the case.

Amazon objects to this request to the extent it seeks documents containing confidential, proprietary or trade secret information without making any showing of relevance or that the request is proportional to the needs of the case.

Amazon objects to this request as vague and unduly burdensome to the extent that it purports to require Amazon to conduct undue legal or factual analysis as to whether a document reflects "[a]ll documents and communications between You and NVIDIA, or between You and any Third Party, referring or relating to Neurala, Inc., Neural AI, or the Litigation, including but not limited to emails,

Emily Portuguese
November 12, 2025
Page 26

memoranda, contracts, or agreements." Amazon objects to this request as failing to describe the documents sought in sufficient detail for Amazon to conduct a reasonable search of its records.

Amazon objects to the use of overbroad, vague and ambiguous terms and phrases in the request, including, but not limited to "[a]ll documents and communications," "between You and NVIDIA," "between You and any Third Party," "referring or relating to Neurala, Inc., Neural AI, or the Litigation," "including but not limited to," "emails," "memoranda," "contracts," and "agreements" without providing additional identifying or clarifying information to explain exactly what is sought.

Amazon objects to this request as unduly burdensome because it provides no temporal limitations and requires Amazon to search for records regardless of how far in the past they may be or the burden searching for such materials would impose on nonparty Amazon.

Amazon objects to this request to the extent that it seeks documents protected by the attorney client privilege or doctrine of attorney work product, common interest privilege, or any other applicable privilege, protection, or immunity.

Amazon will not search for documents responsive to this request.

Regards,

Davis Wright Tremaine LLP

Ben Byer