# EXHIBIT H

SEALED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

NEURAL AI, LLC,                          ) MO:24:CV-00221-ADA-DTG
                                         )
    Plaintiff,                           )
                                         )
v.                                       ) WACO, TEXAS
                                         )
NVIDIA CORPORATION,                      )
                                         )
    Defendant.                           ) SEPTEMBER 8, 2025

        ************************************************
             TRANSCRIPT OF SEALED DISCOVERY HEARING
            BEFORE THE HONORABLE DEREK T. GILLILAND
        ************************************************


APPEARANCES:

FOR THE PLAINTIFF:    MASSIMO CICCARELLI
                      CICCARELLI LAW FIRM
                      100 N 6TH STREET, SUITE 502
                      WACO, TEXAS 76701

                      BRIAN D. MELTON
                      SAMUEL DREZDZON
                      SUSMAN GODFREY, LLP
                      1000 LOUISIANA STREET, SUITE 5100
                      HOUSTON, TEXAS 77002

                      TAMAR LUSZTIG
                      SUSMAN GODFREY LLP
                      ONE MANHATTAN WEST, 50TH FLOOR
                      NEW YORK, NEW YORK 10001

                      TANNER H. LAICHE
                      SUSMAN GODFREY LLP
                      401 UNION STREET, SUITE 3000
                      SEATTLE, WASHINGTON 98101

FOR THE DEFENDANT:    AHMED E. ELDESSOUKI
                      BRIAN ROSENTHAL
                      GIBSON, DUNN & CRUTCHER LLP
                      200 PARK AVENUE
                      NEW YORK, NEW YORK 10166

ARLINDA L. RODRIGUEZ, OFFICIAL COURT REPORTER
U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (AUSTIN)

                        L. KIERAN KIECKHEFER
                        GIBSON DUNN & CRUTCHER
                        ONE EMBARCADERO CENTER, SUITE 2600
                        SAN FRANCISCO, CALIFORNIA 94111-3715

                        BARRY KENNETH SHELTON
                        SHELTON COBURN LLP
                        311 RANCH ROAD 620 SOUTH, SUITE 205
                        AUSTIN, TEXAS 78734

TRANSCRIBER:            ARLINDA RODRIGUEZ, CSR
                        501 WEST 5TH STREET, SUITE 4152
                        AUSTIN, TEXAS 78701
                        (512) 391-8791

Proceedings recorded by electronic sound recording, transcript

produced by computer.

ARLINDA L. RODRIGUEZ, OFFICIAL COURT REPORTER
U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (AUSTIN)

SEALED                                                                    22

down because I thought it was a very clear and correct statement of what they need to do.  They said:  We have to get the source code of the applications because we have to see how these tools are used.

That's fine.  And we agree.  They should probably do that.  But NVIDIA doesn't have that code.  That's the end customers.  End customers write applications that use NVIDIA's product.  And if they want to know how our products are used by customers and used by applications, that's where they're going to get that information.

What we provide, what NVIDIA provides, is toolkits.  What we provide is sets of libraries, sets of resources, that all work together to allow someone to write an application to work on our platforms.  And we have 2300 of those different toolkits that are available.

And what they're asking for is literally hundreds, or if not more, maybe thousands, of these toolkits.  And, importantly, not a single one of these toolkits, not one of them, is ever mentioned in the body of their infringement charts.

It's not like they've said, well, it's you know, this toolkit is used in this particular way, and so we want the source code for that toolkit.  And there's -- all of these toolkits are -- there's a huge amount of