**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **NEURAL AI, LLC,** | |
| **Petitioner,** | **Case No. 7:26-mc-00241** |
| **v.** | **[Underlying Case: USDC Western District of Texas No. 7:24-cv-00221-ADA-DTG]** |
| **AMAZON.COM, INC.,** | |
| **Respondent.** | |

**DECLARATION OF BENJAMIN J. BYER IN SUPPORT OF RESPONDENT'S MEMORANDUM IN RESPONSE TO PETITIONER'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA SERVED ON THIRD-PARTY AMAZON.COM, INC.**

I, Benjamin J. Byer, declare on personal knowledge as follows:

1.      I am an attorney at Davis Wright Tremaine, counsel for Amazon.com, Inc. ("Amazon") in this matter. This declaration is based on personal knowledge and if called, I could testify competently to the facts herein.

2.      Since Neural AI, LLC's ("NAI") issued its third-party subpoena to Amazon, I have been involved in each meet and confer between the parties.

3.      On May 21, 2026, Amazon shared its findings from Amazon's preliminary investigation: the accused computer chips were potentially used in many places across the company, and tracking down each one, how it was used, and how it was configured was not realistically possible. Namely, asking a cloud provider to track down many thousands of GPUs is akin to asking an automative company to track down every bolt and produce documents showing how each was used. Amazon asked NAI whether NAI could narrow or focus the requests in any way. NAI refused and stated NAI would simply go to the court rather than meaningfully confer. Amazon nonetheless agreed to look for ways to provide information about the volume of the accused products that were used in one of the three identified configurations. NAI requested that Amazon provide a date certain for this production, but NAI did not request any other information.

4930-3271-5961v.2 -

2

4. On June 5, 2026, Amazon explained that based on a reasonable search Amazon did not have responsive documents kept in the ordinary course of business that provided company wide data on the configurations NAI for which sought discovery. Nevertheless, Amazon agreed to search for and compile data to create a document that would identify the accused NVIDIA GPUs configured in the accused manner, and their volumes.

5. On June 26, 2026, Amazon made its agreed production.

6. NAI has neither requested a meet and confer nor contacted Amazon stating that it believes something is missing from Amazon's production.

7. Attached as **Exhibit A** is a true and correct copy of the parties email communications related to the subpoena.

8. Attached as **Exhibit B** is a true and correct copy of excerpts of the transcript from the hearing in the underlying case on June 17, 2026.

9. Attached as **Exhibit C** is a true and correct copy of the joint submission NAI and Dell submitted to the Court related to the subpoena issued to Dell in the underlying case.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on July 1, 2026 at Seattle, Washington.

*/s/ Benjamin J. Byer*

_____

Benjamin J. Byer

4930-3271-5961v.2 -